No. 89–5374.   IN RE GOTTLIEB; and

No. 89–5705.   IN RE WATTERS.   Petitions for writs of mandamus and/or prohibition denied.

No. 88–2018.   ILLINOIS *v.* RODRIGUEZ.   App. Ct. Ill., 1st Dist. Certiorari granted.

No. 89–386.   PORT AUTHORITY TRANS-HUDSON CORP. *v.* FEENEY; and PORT AUTHORITY TRANS-HUDSON CORP. *v.* FOSTER.   C. A. 2d Cir.   Certiorari granted.   Reported below: 873 F. 2d 628 (first case); 873 F. 2d 633 (second case).

No. 89–390.   PENSION BENEFIT GUARANTY CORPORATION *v.* LTV CORP. ET AL.   C. A. 2d Cir.   Motion of Armco et al. for leave to file a brief as *amici curiae* granted.   Certiorari granted.

No. 88–1805.   EASTERN NEBRASKA COMMUNITY OFFICE OF RETARDATION ET AL. *v.* GLOVER ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 88–2122.   EHRSAM *v.* PENNSYLVANIA.   Super. Ct. Pa. Certiorari denied.

No. 88–7409.   PRINCE *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 88–7511.   CHAPMAN *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 88–7566.   BRETT, AKA WILSON *v.* UNITED STATES; and

No. 88–7586.   GREY, AKA GRAY *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   Reported below: 872 F. 2d 1365.

No. 89–39.   MEROS *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.